**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-2134

ISHIA CASON,

Plaintiff – Appellant,

v.

ERIC H. HOLDER, JR., Attorney General; ROD J. ROSENSTEIN;
TIMOTHY GEITHNER; SHAWN BRIDGES, Agent,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Ellen Lipton Hollander, District Judge.
(1:11-cv-01304-ELH)

Submitted:  February 9, 2012          Decided:  February 13, 2012

Before WILKINSON, AGEE, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ishia Cason, Appellant Pro Se. Jason Daniel Medinger, Assistant
United States Attorney, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ishia Cason appeals the district court's order dismissing her civil complaint challenging the seizure of a vehicle subject to forfeiture. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Cason v. Holder, No. 1:11-cv-01304-ELH (D. Md. Sept. 27, 2011). We deny Cason's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED